IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORENZO CALA ORTEGA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GALA INDUSTRIES & | : | |
| MAAG GALA, INC. | : | NO. 24-861 |

**O R D E R**

AND NOW, this    8th    day of January, 2025, upon consideration of IPC & Ravago's Motion to Quash Subpoenas, for Protective Order, and for Sanctions (Doc. 48), Defendants' Response, and Cross-Motion to Compel, Motion to Enforce Subpoenas, and for Sanctions (Doc. 49), and IPC & Ravago's Response and Memorandum in Further Support of their motion (Doc. 50), and for the reasons set forth in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motions are GRANTED IN PART and DENIED IN PART.  Within 14 days of the entry of this Order, IPC and Ravago shall provide last-known contact information for the individuals identified in the subpoena, see Doc. 48-2 at 4-5.  In all other respects both Motions are DENIED.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.